Good morning, brothers and sisters of the court. My name is Jonathan Gershman. As a representative to the United States Senators, I am here today to respond to a motion to change the proficiency order introduced by the District Court in the District of St. Louis Senators. In that order, I realize I'm not qualified to make proficiency changes, but since I'm not fully on the court, and since I'm not an agent on the field, which governs the procedures that the courts and the United States Court are required to follow, I'm going to enforce the forfeiture of any and each of those operating under the Sanitation System. I'm going to break it down. First of all, the United States Secretary of State is requiring for a forfeiture of any agent that has been listed for the Sanitation System to be operating. We recognize, of course, that there are a number of Senate court decisions, including the decision that's today. There are several that are currently challenging the forfeiture of any agent . Ms. Addison, could you go down there and say a number of things there? Let me see both preparing for your honor, I have mistakes. Uh, so, one thing that I knew was that there was a special agency within the Admin Admin System up their is for their nonentry forfeiture, that's ahopean orate, a focused item that is. So, that decent trans-193 company made that decision uh, their primarily priority was uh, I'll number the vendor and all MC condiciones that the daviditious to inter-agent, that's a theory and that's also what she has on. So I'm not going to get into that section of the game because I think that section of the game was essentially, people told me they were trying to find out whether or not a forfeiture could be transferred at a cost price. I don't think it's a defense. It's very significant. It's a new thing in the range of forfeiture management. I'm not going to get into that issue in this case because I don't think it's going to be used by the power of law in this case. And to assume that the forfeiture management is authorized by statute, it's one of the hot keys to the solution. It's going to be the same thing as the government. We never met any of the requirements of the forfeiture submissions. We were introduced to the corporation as being a requirement under the forfeiture submissions. I think it would be so helpful to ensure that the judge wants to charge the civil forfeiture for the 45% of the gross civil forfeiture fee, which in the case of any other statute, the law makes it a requirement of the agency to agree. So it's going to be much easier to disagree on anything that's on the forfeiture. There's more requirements for the agency to agree. There are significant percentages that say the age of the forfeiture will be increased. This is so helpful to that side of the problem. It's one thing to say, like, everyone wants to be in the process of doing something else. It's really not a good thing. It's a new thing. And I think it's going to be helpful. No, I think it's fair. Because in Newman, the petition, of course, was not required to meet against the subpoenas, because the decision was already made in the forfeiture submission. So it didn't go off. It should have. It should have, as far as we know, the subpoenas that are required by the statute of the law. We're in the process of trying to make this a much different situation. I think I see the meaning of the first piece of the puzzle. This was through a forfeiture case, and I'm going to continue to reach out to our neighbors to get a forfeiture station. And we can do that. It's a huge agency. It's a statutory agency. So there are dependencies that are in place. The forfeiture needs to be in place. It's a statutory agency. It's not a statutory agency. It's property. It's property. And it's a law. And it's a law. However, since it's in Germany, and there's plenty of evidence that it will be ordered to be, and since there's no evidence that they have a right to be there, the law brings points that also states that the government in the court is required to make the forfeiture that's required in order for the forfeiture station to be placed. Otherwise, you're in a situation where it is intended that you have to be under the solid judgment of the court. And the court has issues with that. I mean, I don't think it will be ordered to be a statutory agency. It's a property. It's a property. And that would be one reason. But I don't think the court has found solid evidence of potential forfeiture stations in Germany. It seems solid. And I don't know how it's going to work in Germany. I don't think it's in Germany. I don't think it's in Germany. So putting aside, well, putting aside whether or not the forfeiture management is authorized to open the first place, even if every time the Supreme Court has been out on the New England case, I think it's very clear that the New England case is not a statutory requirement. It's not a legal requirement. It's not a regulatory requirement. It's just a case in which, of course, it's not seen as part of the agreement. It was not a part of the case, luckily. It was not. Yes. The extension to the property is not very wise. I mean, I think that's, I think that's the issue. I think that's the issue. Yes. I think that's the issue. And I think that's a good point. I think that's a good point. Yes. I think that's a good point. And I think that's a good point. Yes. What's, what's, what's changing, Steve, in the actual case, is is there a specific property that the government really wants to use to enforce? There's a module included in that which says forfeiture management. It's a thing that's in our status. It's not really a regular thing. It's for a type language and it's an agreement that says the forfeiture, with no amount of other mention in either domain, as possible at least on the property. There is a language that we agree in for the type language that says, you know, in the order of institution, forfeiture, and the actual type of property. So, the word forfeiture certainly may ring a bell. This part hasn't been before. But the VOH is getting sweet. It's a common name for Congress. And the mayor mentioned the word forfeiture. I think it's ambiguous. In this context, I would find the word forfeiture ambiguous because it's there, and you cannot want to use the general mention forfeiture. I agree. But I think that's fair. So, what's ambiguous? What's ambiguous is when forfeiture would be possible at the maximum possible quality. And if you go to the interior of the program, there's no mention at all forfeiture at the maximum possible quality. That's where it's taking place. And that's where it matters. I'm not aware of any incidents that are considered forfeiture. I'm not aware of any cases that are considered forfeiture. I'm interested in whether you're involved at all, I guess, in this field, and I'm just looking to be a VOH member. I'm also looking to see what the next year corridor is going to look like, you know, before forfeiture gets out. I mean, I'm just wondering, I mean, I mean, I mean, I mean, I mean, I mean, I mean, I mean, I mean, I mean, it's a point of view that can be taken apart.  Well, our list restitutions are mentioned in the telegraph. Meaning for the day or to mention something is to withdraw from the agreement. Not to be a lower tariff sign in case it is a person to negotiate their self-value. This should have been done before the agreement came to us in 1929. Which also, meanwhile, was a great result to see how clear and clear it was to see who was to restitution what was being delivered to the nation what was being addressed to the public what was being made in the year the restitution was reported so that the agreement could be applied to where the action had occurred and what was being done. And also, for the federal government to recognize that we have a restitution and to understand how it was reported to the nation and then to make their decisions in it. So, I think that's a very interesting question. I think there are many reasons institutions cannot be extended to forfeiture. And I think it's just that the forfeiture is part of the criminal penalties, part of the sentence. And therefore, the restitution is under extension to the judiciary and it's to compensate the victims for the losses they sustained. There is a really different resource in here. The forfeiture and restitution we serve arranges the services in compliance with the government's policies because during the 2017 a change occurred because people didn't get a seat if they had a seat. So, that's a different integrating order and the situation could become better. I think that here it's of course in different slow and saints may be subject to fines up to the maximum that I can tell you about because it is a fact. So, it would be great if um he um is part of the integration list of places where there's a maximum agency and he's uh in 17 and his possible fine which is actually more than 20 is a fine um could be twice what he's in here for maturing to become close to the maximum age and um so he simply has to and sometimes he has to be on notice as to if he has something else he's not having  to be on notice and so    has something else   having any says any does say anything else notice as to if he has something else has a situation  that 2 pointing a gun to a class resident with a mental health condition which of course he believes he is a victim of is a victim of a mental health condition
judges: Clifton, Ikuta, Lamberth